**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PAUL J. WILLIAMS, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLAKE McDANIEL, et al., )<br>)<br>Defendants. ) | CIV-05-1099-R |

**O R D E R**

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered August 31, 2007. Doc. No. 69. No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Supplemental Report and Recommendation [Doc. No. 69] is ADOPTED in its entirety, Defendants' motion for summary judgment [Doc. No. 28], as supplemented [Doc. No. 54] is GRANTED and this case is DISMISSED without prejudice for failure to exhaust administrative remedies.

**It is so ordered this 26th day of September, 2007.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE